**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Shellee Rodriguez, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION 4:20−cv−03400 |
| Radius Global Solutions LLC,, et al. | § § § | |
| *Defendant.* | § § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **January 17, 2022** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 17th of November 2021.

_____
George C. Hanks, Jr.
United States District Judge